**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCOTTIE RANDOLPH,<br><br>        Plaintiff-Appellant,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>        Defendant-Appellee. | No.   18-35700<br><br>D.C. No. 2:17-cv-01683-BAT<br><br>ORDER* |

Appeal from the United States District Court
for the Western District of Washington
Brian Tsuchida, Magistrate Judge, Presiding

Submitted March 6, 2020**

Before:    FARRIS, TROTT, and SILVERMAN, Circuit Judges.

Affirmed for the reasons given by Chief Magistrate Judge Brian A. Tsuchida in his order filed June 25, 2018.

**AFFIRMED**.

---

     *     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     **    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).